UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EPLET, LLC and RACER
PROPERTIES LLC,

        Plaintiffs,

v.

DTE PONTIAC NORTH, LLC and
DTE ENERGY SERVICES, INC.,

        Defendants.
_____/

Case No. 2:17-cv-11462

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

The Court having dismissed all claims of Plaintiff RACER Properties LLC, a Delaware limited liability company, and of Plaintiff EPLET, LLC (collectively, the "Plaintiffs") in this matter against Defendant DTE Energy Services, Inc. ("DTE Energy") by opinions and orders dated March 23, 2018 [ECF 27] and dated February 19, 2020 [ECF 61]; and the Court being otherwise fully informed:

NOW THEREFORE, IT IS HEREBY ORDERED that pursuant to opinions and orders of this Court dated March 23, 2018 [ECF 27] and dated February 19, 2020 [ECF 61], Plaintiffs' claims in this Action against Defendant DTE Energy were dismissed;

IT IS FURTHER ORDERED that there is no just reason for delay in entering a final judgment of Plaintiffs' claims against Defendant DTE Energy and, therefore, pursuant to Fed. R. Civ. P. 54(b), this order is a final judgment as to Defendant DTE Energy.

IT IS SO ORDERED.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY: s/ D. Parker
                                                Deputy Clerk

Dated: April 14, 2020

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 14, 2020, by electronic and/or ordinary mail.

                                                s/ David P. Parker
                                                Case Manager